Raymond H. Hadie and Julia D. Hadie, Plaintiffs-Appellees, v. Leonard S. Erlandson and Hazel V. Erlandson, Defendants-Appellants.

Gen. No. 11,731.

Second District, First Division.

May 23, 1963.

Rehearing denied June 19, 1963.

R. Snively, of Rockford, for appellants; Welsh, Welsh & Holmstrom, of Rockford, for appellees. Opinion by PRESIDING JUSTICE McNEAL. Not to be published in full.